IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARCOS ROMERO, *et al.*,           )
                                    )
                    Plaintiffs,     )
                                    )
v.                                  )   Case No. 6:09-CV-1401-Orl-35GJK
                                    )
                                    )
FLORIDA POWER & LIGHT               )
COMPANY,                            )
                                    )
                    Defendant.      )
_____)

### AFFIDAVIT OF MAURICE ARCADIER, ESQUIRE IN SUPPORT OF PLAINTIFFS' MOTION TO APPROVE SETTLEMENT

STATE OF FLORIDA   )

COUNTY OF BREVARD )

BEFORE ME, an officer duly authorized to take oaths and administer acknowledgements appeared Maurice Arcadier, who, after being duly sworn, did depose and state:

1. My name is Maurice Arcadier. I am the managing partner of the law office of Arcadier & Associates, P.A.

2. The time record summary for work performed by Arcadier & Associates, P.A. associated with the case of <u>Marcos Romero, et. al. v. Florida Power and Light</u>, Case No. 6:09-CV-1401-Orl-35GJK are attached as Exhibit 1.

3. The time recorded on Exhibit 1 were all reasonably and necessarily incurred in pursuit of Plaintiff's claims.

4. The attorney time records recorded on Exhibit 1 were kept and recorded contemporaneously with the work being performed using the time entry program, Quickbooks.

5. The fair market value for attorney fees from an experienced employment law attorney in this district who represents victims in . wage and hour cases is between $225.00 - $350.00 per hour.

6. Arcadier & Associates charged $350 per hour for the work I performed in this case. .

7. I have extensive litigation experience in employment law cases and employment law appeals. I have litigated more than a hundred employment law cases and have successfully represented victims in unpaid wage cases in both federal and state Courts. .

8. Additionally, I am AV rated and a member of the National Employment Lawyers Association ("NELA"), and Florida NELA, and I am Board Certified in Labor and Employment Law.

9. Furthermore, the Middle District of Florida approved $300.00 as my hourly rate in an FLSA overtime action in 2007. Pypers v. Fifth Avenue Grill, Case No.: 6:07-cv-559-Orl-18UAM (M.D. Fla. 2007).

10. Calculated at the fair market value of $350.00 per hour and based upon the attached summary ledger representing 795 hours worked, the attorney's fees I reasonably incurred in this matter totals **$278,250.** *See* Exhibit 1.

11. Arcadier & Associates charged $250.00 per hour for the services of Stephen Biggie, Esq. Mr Biggie is a seasoned attorney who provided research support in this case. Mr. Biggie has trial experience and has handled many appeals at the Eleventh Circuit Court of Appeals, the First and Fifth District Courts of Appeals.. Calculated at his hourly rate and based upon the summary fee ledger representing 22.3 hours of work, Mr. Biggie incurred attorney's fees in this matter in the amount of **$5,575.00.** *See* Exhibit 1.

12. Arcadier and Associates, P.A. customarily bills its clients at a rate of $95.00 per hour for the paralegal services of staff members, Mariah Laveria. Ms. Laveria has worked for Mr. Arcadier's firm as a paralegal since 2008 and is an attorney in the country of Peru. Arcadier and Associates, P.A. customarily bills its clients at a rate of $85.00 per hour for the paralegal services of staff members, Dawn Rimides. Calculated at their hourly rates and based upon the summary fee ledger, their combined hours were 341 hours representing a total amount of **$29,245.00.** *See* Exhibit 1.

13. This affidavit is offered in support of Plaintiff's motion of attorney's fees and costs in this case.

14. The combined amount owed to Arcadier & Associates P.A. for all attorney fees and paralegal fees for this case is of Arcadier and Associates was: **$313,070.**

By: _____

MAURICE ARCADIER

STATE OF FLORIDA )

COUNTY OF BREVARD )

SWORN TO AND SUBSCRIBED before me this _24_ day of September, 2012. The Affiant, _Maurice Arcadier_, is [X] personal known to me or [] has produced _____ as identification which is current or has been issued within the past five (5) years and/or other identifying number.

_____
PRINT NAME



MARIAH C. LAVERIA
MY COMMISSION # EE 159242
EXPIRES: April 7, 2016
Bonded Thru Notary Public Underwriters

# EXHIBIT 1

9/20/12 Case 6:09-cv-01401-CEH-T_S Document 268-2 Filed 09/25/12 Page 6 of 6 PageID 5228
Print Time Activities by Product/Service Detail

# ARCADIER & ASSOCIATES PA
## Time Activities by Product/Service Detail
Activity: September 20, 2012

| Client | Duration | Employee | Product/Service | Description |
|---|---|---|---|---|
| Arcadier | | | | |
| Contingency | | | | |
|   FPL 100% Cont. MA | 795:12 | Maurice Arcadier | Arcadier:Contingency | FPL Case |
| Total for Contingency | 795:12 | | | |
| Total for Arcadier | 795:12 | | | |
| Biggie | | | | |
| Contingency | | | | |
|   FPL 100% Cont. MA | 22:18 | Stephen J Biggie | Biggie:Contingency | FPL Case |
| Total for Contingency | 22:18 | | | |
| Total for Biggie | 22:18 | | | |
| Mariah | | | | |
| Contingency | | | | |
|   FPL 100% Cont. MA | 26:00 | Mariah Laveria | Mariah:Contingency | FPL - Paralegal Time |
| Total for Contingency | 26:00 | | | |
| Total for Mariah | 26:00 | | | |
| Rimides | | | | |
| Contingency | | | | |
|   FPL 100% Cont. MA | 315:00 | Dawn G. Rimides | Rimides:Contingency | FPL - Office Work |
| Total for Contingency | 315:00 | | | |
| Total for Rimides | 315:00 | | | |

Thursday, Sep 20, 2012 10:06:20 AM GMT-4